# IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



UNITED STATES OF AMERICA

V.

**ORDER REDUCING TERM OF IMPRISONMENT AS A RESULT OF AMENDED GUIDELINE RANGE PURSUANT TO USSG 1B1.10**

**BRANDON CREIGHTON**

Date of Original Judgment: April 10, 2006
(Or Date of Last Amended Judgment)

Case Number: 5:06CR4
USM Number: 02807-087
Brendan S. Leary
Defendant's Attorney

The defendant having been previously sentenced to a term of __87__ months of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission and upon motion of the:

☒ defendant,
☐ Director of the Bureau of Prisons,
☐ Court,

**IT IS ORDERED**, after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant's term of imprisonment be reduced, as follows:

| Previously Determined Sentencing Range: | Reduced Sentencing Range: |
|---|---|
| Previous Offense Level: 25 | New Offense Level: 23 |
| Previous Criminal History Category: IV | New Criminal History Category: IV |
| Previous Guideline Range: 84 to 105 months | New Guideline Range: 70 to 87 months |

New Term of Imprisonment:

Seventy-Three (73) Months.

The Court finds that the reduction is consistent with the applicable policy statements issued by the Sentencing Commission. All other provisions of the original sentence remain intact.

IT IS SO ORDERED.

January 26, 2009
Date

*Signature of Judge*

Frederick P. Stamp, Jr., U.S. District Judge
Name and Title of Judge